UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 96-114(DRD) |
| Plaintiff-Respondent, | : | |
| | : | **O R D E R** |
| v. | : | |
| | : | |
| FRANKIE GONZALEZ, | : | |
| | : | |
| Defendant-Petitioner | : | |
| | : | |
| _____ | : | |

Petitioner, Frankie Gonzalez, having moved to make new findings and/or amend the Court's March 19, 2010 order denying Petitioner's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2); and the Court having considered the Petition and the government's answer, and concluding that by reason of a Clerk's Office erroneous docket entry Petitioner has misconstrued the Court's March 19, 2010 order and that Petitioner lacks a legal basis for his motion, and for the reasons set forth in an opinion of even date;

IT is this 9th day of June, 2010 **ORDERED** that Petitioner's motion is denied and dismissed with prejudice.

                                                           *s/ Dickinson R. Debevoise*
                                                           DICKINSON R. DEBEVOISE
                                                              U.S.S.D.J.